IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JANICE LAURIE BLUE                                                                PLAINTIFF

v.                                                          CIVIL ACTION NO.: 1:15-CV-129-SAA

COMMISSIONER OF SOCIAL SECURITY                                  DEFENDANT

## ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

Plaintiff seeks an award for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Docket 17. Plaintiff obtained judicial review of the Social Security Commissioner's final decision denying a claim for benefits, and by judgment dated April 12, 2016, this court remanded the case to the Commissioner for the sole purpose of determining the amount of benefits to be awarded to plaintiff. Docket 16. Contending she was the prevailing party, and the Commissioner's position was not "substantially justified," plaintiff now seeks fees totaling $4,672.50, which represents 26.7 hours of work at a rate of $175.00 per hour. Docket 17, p. 2. The Commissioner does not object to the requested award of reasonable attorney fees in this case under the EAJA, but does request that any award under EAJA should be paid directly to the plaintiff under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Docket 18.

Having considered the submissions of the parties, the record and the applicable law, the court finds the award of attorney's fees should be **GRANTED**. Plaintiff is entitled to the reasonable attorney's fees submitted. It is

**ORDERED**

1

that plaintiff is awarded $4,672.50 in attorney fees to be paid directly to plaintiff. Defendant will mail the award to plaintiff's attorney in plaintiff's name.

This the 6th day of May, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE